**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-7513**

―――――――――

MICHAEL A. TAYLOR,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; STATE OF NORTH CARO-
LINA; NORTH CAROLINA DEPARTMENT OF CORRECTION;
JANE YOUNG, Doctor; SHAW UNIVERSITY; NAOMI
ONUORA; TALBERT SHAW, Doctor,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  W. Earl Britt, District
Judge.  (CA-97-566-5-BR-2)

―――――――――

Submitted:  December 18, 1997      Decided:  January 7, 1998

―――――――――

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Michael A. Taylor, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Taylor v. United States, No. CA-97-566-5-BR-2 (E.D.N.C. Oct. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2